**FILED**

MAR   4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

   vs.

GINA DENISE LEWELLEN,

       Defendant.

_____/

CR.S-05-0426-WBS

**DETENTION ORDER**
(Violation of Pretrial Release, Probation or
Supervised Release)

__X__  After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court finds:

_____  There is probable cause to believe the person has committed a federal, state or local crime while on release and the defendant has not rebutted the presumption that his release will endanger another or the community or

_____  There is clear and convincing evidence that the defendant has violated another condition of release and

_____  based on the factors set forth in 18 U.S.C. § 3142 (g) there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person or the community or

_____  the person is unlikely to abide by any condition or combination of conditions of release. F.R.Cr.P. 32.1(a)(D),46(c), 18 U.S.C. § 3148.

__X__  Pursuant to F.R.Cr.P.32.1(a) and 46(c) and 18 U.S.C. § 3143 (violation of probation or supervised release) the court finds defendant has not met his burden of establishing by clear and convincing evidence that he will not flee or pose a danger to another person or to the community.

1        IT IS ORDERED that pursuant to 18 U.S.C. § 3142(I)(2)(4) defendant is committed to the
2   custody of the Attorney General for confinement in a corrections facility separate, to the extent
    practicable, from persons awaiting or serving sentences or being held in custody pending appeal.
3   The defendant shall be afforded reasonable opportunity for private consultation with his counsel.
    Upon further order of a court of the United States or request of an attorney for the United States the
4   person in charge of the corrections facility in which defendant is confined shall deliver defendant
    to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

5

6
    Dated: **3/3/08**
7
                                            DALE A. DROZD,
8                                           UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DetentionOrder(VPR).wpd                          2