```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
GINA LEWELLEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-05-426-WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** <br> ) **CONTINUING STATUS CONFERENCE** <br> ) **AND EXCLUDING TIME** |
| GINA LEWELLEN, | ) |
| Defendant. | ) Date: March 31, 2008 <br> ) Time: 8:30 a.m. <br> ) Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ANNE PINGS, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of March 31, 2008 be vacated, and the matter be set for status conference on April 14, 2008 at 8:30 a.m.

The reason for this continuance is defense counsel is in trial.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 14, 2008 pursuant to 18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| 1 | DATED:  March 27, 2008. | Respectfully submitted, |
| 2 | | DANIEL J. BRODERICK |
| 3 | | Federal Public Defender |

DATED:  March 27, 2008.                                /s/ Linda C. Harter
                                                        LINDA C. HARTER
                                                        Chief Assistant Federal Defender
                                                        Attorney for Defendant

                                                        McGREGOR W. SCOTT
                                                        United States Attorney

DATED:  March 27, 2008.                                /s/Anne Pings
                                                        ANNE PINGS
                                                        Assistant U.S. Attorney
                                                        Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded from today's date through and including April 15, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:  March 27, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2